UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **SHANESHA BENJAMIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **23-cv-11486-FDS** |
| | ) | |
| **DENIS MCDONOUGH,** | ) | |
| **Secretary of Veterans Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

**SAYLOR, C.J.**

1.      Plaintiff Shanesha Benjamin's motion for leave to proceed *in forma pauperis*

(ECF No. 3) is GRANTED.

2.      The clerk shall issue summons.  The clerk shall provide a summons, a copy of the

Complaint (ECF No. 1) and this order to plaintiff, who must thereafter serve these documents on

the defendant in accordance with Federal Rule of Civil Procedure 4(m).  Plaintiff may elect to

have service made by the United States Marshals Service ("USMS").  If directed by plaintiff to

do so, the USMS shall serve the summons, complaint, and this Order upon the defendant in the

manner directed by the plaintiff, with all costs of service to be advanced by the United States.

Notwithstanding this Order to the USMS, it remains plaintiff's responsibility to provide the

USMS with all necessary paperwork and service information.  Notwithstanding Fed. R. Civ. P.

4(m) and Local Rule 4.1, plaintiff shall have 90 days from the date of this Order (that is, by

October 15, 2023) to complete service.

1

3.      Plaintiff's Motion for Appointment of Counsel (ECF No. 2) is DENIED without

prejudice.  Although pursuant to the 28 U.S.C. §1915(e)(1), the Court "may request an attorney

to represent any person unable to afford counsel," it is well settled that "[t]here is no absolute

constitutional right to a free lawyer in a civil case." *DesRosiers v. Moran*, 949 F.2d 15, 23 (1st

Cir. 1991).  Appointment of counsel may be required where (1) a plaintiff is indigent and (2)

exceptional circumstances exist such that the denial of counsel will result in a fundamental

unfairness impinging on his due process rights.  *Id.*; 28 U.S.C. § 1915(e)(1).  "To determine

whether there are exceptional circumstances sufficient to warrant the appointment of counsel, a

court must examine the total situation, focusing, inter alia, on the merits of the case, the

complexity of the legal issues, and the litigant's ability to represent himself." *Id.*  At this stage of

the proceedings, the motion is premature and, on this record, while plaintiff appears indigent,

plaintiff has not yet demonstrated "exceptional circumstances" that warrant appointment of

counsel.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  July 17, 2023                Chief Judge, United States District Court

2